FILED'08 JUN 27 11:49USDC-ORP

Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| VICTORIA GREENHALL | CV 06-6151-HA |
| Plaintiff, | |
| v. | ORDER GRANTING ATTORNEYS' FEES UNDER 42 U.S.C. § 406(b) |
| MICHAEL J. ASTRUE Commissioner of Social Security, | |
| Defendant. | |

Attorneys' fees in the amount of $10,257.25 are hereby awarded to Plaintiff's

attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in

light of the circumstances in this case. Previously, this court awarded Plaintiff attorney fees

in the amount of $4,100.36 under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

2412.    When issuing the 406(b) check for payment to Plaintiff's attorneys, the

Commissioner is directed to subtract the amount previously awarded under the EAJA and

send Plaintiff's attorney the balance of 6,156.89 minus any applicable processing fees as

allowed by statute.

DATED this 27 day of _June_ , 2008.

_United States District Judge_

Presented by:

/s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES